UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS G.,<br>        Plaintiff<br>   v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>        Defendant. | Case No. 5:20-0494-GJS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: March 16, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE