# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:20-cv-00494-GJS<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) AND ALSO SETTING FORTH FORMAT REQUIREMENTS FOR FUTURE 406(B) MOTIONS |

The Court hereby awards to Law Offices of Lawrence D. Rohlfing, Inc., CPC attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $20,000.00. The Court orders Law Offices of Lawrence D. Rohlfing, Inc., CPC to reimburse Jesus Gonzalez Garcia the amount of $3,000.00 for EAJA fees received.

The Court also directs the Law Offices of Lawrence D. Rohlfing, in future requests for an award of attorney's fees pursuant to Section 406(b), to substantiate the amount of the past due benefits to the claimant (or, as here, the claimant and his minor dependent) by setting forth in the Memorandum of Points and Authorities a breakdown of the total amount awarded, with citations to the specific

-1-

page number of the attachments to Counsel's declaration where such information can be found.  In this case, the Court previously could not determine the reasonableness of the requested fee award because no documents were provided to support the amount of the underlying award of past due benefits.  [Dkt. 31.]  In the renewed motion, Counsel provided all the necessary support, but without pinpoint citations which would make it easier for the Court to find the evidence that supports the reasonableness of Counsel's fee request.

DATE: April 16, 2024

_____
THE HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE